UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

---

| | |
|---|---|
| Jasmine Diaz, *on behalf of herself and all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Dakota Travel Nurse, Inc., and Jamie Fleck,<br><br>　　　　Defendants. | Court File No. 1:17-CV-12-DLH-CSM<br><br><u>**JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL OF LAWSUIT**</u> |

---

　　The Parties to this action jointly give notice to the Court that they have resolved this matter pursuant to the terms of the Stipulation of Settlement previously submitted to the Court *in camera*. Consistent with the requirements of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) and (c), the Parties request the Court's approval of this settlement of Plaintiff's claims and dismissal of the case with prejudice.

　　In support of this Motion, the Parties acknowledge and agree that this settlement involves resolution of *bona fide* disputes of fact and law regarding whether Plaintiff and the FLSA and state law classes were properly owed overtime wages as required by the FLSA and North Dakota state law. The Parties further acknowledge and agree that the Stipulation for Settlement has been reached as a result of good faith negotiations and compromise by the Parties and is a fair and reasonable settlement of the Plaintiff's claims.

　　Specifically, the Stipulation for Settlement resolves the claims of Plaintiff and the FLSA opt in class and the North Dakota state law opt out class. The settlement amount agreed to will be distributed on a *pro rata* basis in accordance with the Stipulation of Settlement.

- 2 -

If the Court approves the settlement, then the Parties stipulate to the dismissal of this action with prejudice and jointly move the Court for an Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a).

WHEREFORE, on the basis of the facts set forth above and in the Stipulation of Settlement, the Parties respectfully request that the Court approve the Settlement.

Respectfully submitted:

Dated: May 18, 2018

/s/ Joseph M. Sokolowski
Joseph M. Sokolowski (MN # 0178366)*
Ashley R. Thronson (MN # 0395947)*
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
jsokolowski@fredlaw.com
athronson@fredlaw.com

Dated: May 18, 2018

/s/ Kristy L. Albrecht
Kristy L. Albrecht (ND # 05540)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND 58102-4991
Telephone: 701.237.8200
kalbrecht@fredlaw.com

*Admitted to Practice in this Court*

**Attorneys for Defendants**

- 3 -

Dated: May 18, 2018

/s/ Ryan A. Winters
Joseph F. Scott (OH Bar No. 0029780)*
Ryan A. Winters (OH Bar No. 0086917)*
Kevin M. McDermott II (OH Bar No. 0090455)*
**SCOTT & WINTERS LAW FIRM, LLC**
815 Superior Ave. E., Suite 1325
Cleveland, OH 44114
Telephone: 440.498.9100
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Joseph M. Sokolowski
Joseph M. Sokolowski

63984127.1